UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JIMMY SEO PETERSON and the class of persons similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF OKANOGAN; OKANOGAN COUNTY OFFICIALS; STATE OF WASHINGTON; EASTERN STATE HOSPITAL; HAROLD WILSON, his official capacity as CEO of Eastern State Hospital; TREVOR TRAVERS, Ph.D.,<br><br>        Defendants. | No. CV-07-0394-EFS<br><br>**ORDER GRANTING STIPULATED DISMISSAL REQUESTS AND CLOSING FILE** |

    Before the Court are a Stipulation for Dismissal With Prejudice between Plaintiff Jimmy Seo Peterson and Defendant Trevor Travers (Ct. Rec. 44) and a Stipulation for Dismissal with Prejudice between Plaintiff and the remaining Defendants (Ct. Rec. 46). All matters in controversy have been settled. Because no motion for class certification has been filed and no other circumstances exist requiring notice to the putative class members, the Court finds dismissal without notice to the putative class members appropriate.

    Accordingly, **IT IS HEREBY ORDERED**:

    1.   The Stipulations for Dismissal with Prejudice **(Ct. Recs. 44 & 46)** are **GRANTED**.

    2.   This action is dismissed with prejudice and without cost to any party.

3.   All pending pretrial and trial dates are **STRICKEN.**

4.   This file shall be **CLOSED.**

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this ___22nd___ day of September 2008.

```
                           s/ Edward F. Shea
                            EDWARD F. SHEA
                      UNITED STATES DISTRICT JUDGE
```

Q:\Civil\2007\0394.closing.frm

ORDER CLOSING FILE - 2